08-6040-cv
Niv v. Hilton Hotels Corporation

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1.  IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED.  IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the twenty-eighth day of December, two thousand nine.

PRESENT: DENNIS JACOBS,
                              **<u>Chief Judge</u>**,
            DEBRA ANN LIVINGSTON,
                              **<u>Circuit Judge</u>**,
            JED S. RAKOFF,[*]
                              **<u>District Judge</u>**.

- - - - - - - - - - - - - - - - - - - -X

**Zohar Niv et al.,**
        **<u>Plaintiffs-Appellants</u>**,

        **-v.-**                                    **08-6040-cv**

**Hilton Hotels Corporation, Hilton International Co.,**

---

[*] Jed S. Rakoff, District Judge, United States District Court for the Southern District of New York, sitting by designation.

**Defendants-Appellees**.

- - - - - - - - - - - - - - - - - - - - - -X

APPEARING FOR APPELLANT:     Robert C. Sentner (Tamar Y. Duvdevani, on the brief), Nixon Peabody LLP, New York, NY.

APPEARING FOR APPELLEES:     William P Kardaras, Karadas & Kelleher LLP, New York, NY (Michele K. Aiena, Louise A. Kelleher, Karadas & Kelleher LLP, New York, NY, Hilarie Bass, Elliot H. Scherker, Mark A. Salky, Greenberg Traurig, LLP, Miami, FL, on the brief).

Appeal from a judgment of the United States District Court for the Southern District of New York (Leisure, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Plaintiffs appeal from an order of the United States District Court for the Southern District of New York (Leisure, J.), dismissing their claims on the ground of forum non conveniens. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

The opinion accompanying the district court's order considered both Egypt and Israel as potential alternative fora, and concluded that dismissal was warranted in favor of each forum. Plaintiffs limit their appeal to the district

court's dismissal in favor of Egypt; they do not appeal the order of dismissal insofar as it was predicated upon dismissal in favor of Israel. The portion of the district court's opinion that Plaintiffs decline to contest, however, is independently adequate to support the order of dismissal. Accordingly, we affirm the district court's order dismissing Plaintiffs' claims on the ground of forum non conveniens, and we decline to consider Plaintiffs' assignments of error because they bear only on the Egyptian forum, and therefore cannot affect our disposition of this appeal.

Nothing in the record suggests the Russian plaintiffs are in any way prevented from asserting their claims in Israel, or in Egypt if they so choose.

Accordingly, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____